IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| J. ALEX HALDERMAN,<br><br>Plaintiff,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING SR., and CHANEL RION,<br><br>Defendants. | Case No. 2:24-mc-51057-DML-DRG<br><br>District Judge: Hon. David M. Lawson<br><br>Magistrate Judge: Hon. David R. Grand |

INDEX OF EXHIBITS TO

DEFENDANTS' RESPONSE IN OPPOSITION TO J. ALEX HALDERMAN'S MOTION TO QUASH OR MODIFY NON-PARTY SUBPOENA TO TESTIFY AT A DEPOSITION

Exhibit 1:      Declaration of John K. Edwards

Exhibit 1-A:    Steve Friess Article

Exhibit 1-B:    Teresa Lawlor Article

Exhibit 1-C:    Halderman Blog Post re Security Analysis of Dominion ImageCast X

Exhibit 1-D:    Halderman Tweets on X

Exhibit 1-E:    Halderman 2021 Analysis of Antrim County

Exhibit 1-F:    Halderman 2022 Analysis of Antrim County

| | |
|---|---|
| Exhibit 1-G: | Filed under seal - email correspondence Bates-stamped DOM_DC01445553–60 and produced by Dominion in discovery |
| Exhibit 1-H: | Filed under seal - email correspondence Bates-stamped DOM_DC01851194–95 and produced by Dominion in discovery |
| Exhibit 1-I: | Filed under seal - email correspondence Bates-stamped DOM_DC00370259 and produced by Dominion in discovery |
| Exhibit 1-J: | Filed under seal - email correspondence Bates-stamped DOM_DC01593365–66 and produced by Dominion in discovery |
| Exhibit 1-K: | Filed under seal - email correspondence Bates-stamped DOM_NMX04920797 and produced by Dominion in discovery |
| Exhibit 1-L: | Filed under seal - email correspondence Bates-stamped DOM_DC07699971–72 and produced by Dominion in discovery |
| Exhibit 1-M: | Eric Coomer Deposition Transcript Excerpts |
| Exhibit 1-N: | Filed under seal - excerpts from the transcribed September 23, 2024, deposition testimony of Ms. Sheryl Guy, the Antrim County clerk and administrator of elections |
| Exhibit 1-O: | Contract executed by Halderman |

101490600