## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

J. ALEX HALDERMAN,

      Plaintiff,

      v.

HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING SR., and CHANEL RION,

      Defendants.

Case No. 2:24-mc-51057-DML-DRG

District Judge: Hon. David M. Lawson

Magistrate Judge: Hon. David R. Grand

**REDACTED VERSION OF EXHIBIT 1-I TO BE SEALED**

**TO**

**DEFENDANTS' RESPONSE IN OPPOSITION TO J. ALEX HALDERMAN'S MOTION TO QUASH OR MODIFY NON-PARTY SUBPOENA TO TESTIFY AT A DEPOSITION**