# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| J. ALEX HALDERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING SR., and CHANEL RION,<br><br>    Defendants. | Case No. 2:24-mc-51057-DML-DRG<br><br>District Judge: Hon. David M. Lawson<br><br>Magistrate Judge: Hon. David R. Grand |

**REDACTED VERSION OF EXHIBIT 1-K TO BE SEALED**

**TO**

**DEFENDANTS' RESPONSE IN OPPOSITION TO J. ALEX HALDERMAN'S MOTION TO QUASH OR MODIFY NON-PARTY SUBPOENA TO TESTIFY AT A DEPOSITION**