# EXHIBIT 1-M

**In the Matter Of:**

*US DOMINION vs*

*SIDNEY POWELL*

*ERIC COOMER, PH.D.*

*August 26, 2024*



```
                                                                      1
 1                   IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF COLUMBIA

 3   _____

 4   US DOMINION, INC., et al.,       )
                                      )
 5      Plaintiffs,                   )
                                      )
 6   v.                               )  Civil Action No.
                                      )  1:21-cv-00040 (CJN)
 7                                    )
     SIDNEY POWELL, et al.,           )
 8                                    )
        Defendants.                   )
 9   _____

10
     US DOMINION, INC., et al.,       )
11                                    )
        Plaintiffs/Counter-Defendants,)
12                                    )
     v.                               )
13                                    )
                                      )
14   MY PILLOW, INC., et al.,         )
                                      )
15                                    )  Civil Action No.
        Defendants/Counter-Plaintiffs,)  1:21-cv-00040 (CJN)
16      and Third-Party Plaintiffs,   )
                                      )
17   v.                               )
                                      )
18   SMARTMATIC USA CORP., et al.,    )
                                      )
19      Third-Party Defendants.       )
     _____
20
     US DOMINION, INC., et al.,       )
21                                    )
        Plaintiffs,                   )
22                                    )
     v.                               )  Civil Action No.
23                                    )  1:21-cv-02131 (CJN)
                                      )
24   PATRICK BYRNE,                   )
                                      )
25      Defendant.                    )
```

Case 2:24-mc-51057-DML-DRG  ECF No. 14-15, PageID.1343  Filed 10/10/24  Page 4 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

2

```
 1   US DOMINION, INC., et al.,           )
                                          )
 2      Plaintiffs,                       )
                                          )
 3   v.                                   )  Civil Action No.
                                          )  1:21-cv-02130(CJN)
 4   HERRING NETWORKS, INC., et al.,      )
                                          )
 5      Defendants.                       )
                                          )
 6   _____

 7

 8          Videotaped Deposition of ERIC COOMER, Ph.D.

 9                       Denver, Colorado

10                  Monday, August 26, 2024

11                         9:06 a.m.

12

13

14

15

16

17

18

19

20

21

22   Job No.:  2024-953370

23   Pages:  1 - 407

24   Reported By:  Lisa A. Knight

25   Notary Public, RDR, CRR, CLR, RSA
```

Case 2:24-mc-51057-DML-DRG   ECF No. 14-15, PageID.1344   Filed 10/10/24   Page 5 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

3

1         The videotaped deposition of ERIC COOMER, Ph.D.,
2    was held at:
3
4              The Westin - Denver International Airport
5              8300 Pena Boulevard
6              Ash Conference Room
7              Denver, Colorado 80249
8
9              Pursuant to Notice and Subpoena, before Lisa A.
10   Knight, Realtime Diplomate Reporter, Certified Realtime
11   Reporter, Realtime Systems Administrator, and Notary
12   Public in and for the State of Colorado.
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:24-mc-51057-DML-DRG ECF No. 14-15, PageID.1345 Filed 10/10/24 Page 6 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

4

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

    EDGAR SARGENT, ESQUIRE

    ehadaway@susmangodfrey.com

    SUSMAN GODFREY L.L.P.

    401 Union Street

    Suite 3000

    Seattle, Washington 98101

    206.516.3880

ON BEHALF OF DEFENDANT HERRING NETWORKS, INC.:

    CHARLES L. BABCOCK, ESQUIRE

    cbabcock@jw.com

    GABRIELA BARAKE, ESQUIRE

    gbarake@jw.com

    JACKSON WALKER LLP

    1401 McKinney Street

    Suite 1900

    Houston, Texas 77010

    713.752.4200

Case 2:24-mc-51057-DML-DRG   ECF No. 14-15, PageID.1346   Filed 10/10/24   Page 7 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

5

```
 1                   A P P E A R A N C E S

 2

 3   ON BEHALF OF DEFENDANT NEWSMAX:

 4           SUSMITA GADRE, ESQUIRE   (via Zoom)

 5           sgadre@toddweld.com

 6           TODD & WELD LLP

 7           One Federal Street

 8           Boston, Massachusetts 02110

 9           617.720.2626

10   ON BEHALF OF DEFENDANTS SIDNEY POWELL AND

11   SIDNEY POWELL, P.C.:

12           MARC S. CASARINO, ESQUIRE (via Zoom)

13           marc.casarino@kennedyslaw.com

14           KENNEDYS CMK LLP

15           222 Delaware Avenue

16           Suite 710

17           Wilmington, Delaware 19801

18           302.308.6645

19                    -and-

20           JOSHUA A. MOONEY, ESQUIRE (via Zoom)

21           joshua.mooney@kennedyslaw.com

22           1600 Market Street

23           Suite 1410

24           Philadelphia, Pennsylvania 19103

25           267.479.6700
```

Case 2:24-mc-51057-DML-DRG   ECF No. 14-15, PageID.1347   Filed 10/10/24   Page 8 of 16
US DOMINION vs SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

6

1              A P P E A R A N C E S
2
3  ON BEHALF OF DEFENDANT CHRISTINA BOBB:
4           WILLIAM C. HAGGERTY, ESQUIRE (via Zoom)
5           bill@fwhb.com
6           FORD, WALKER, HAGGERTY & BEHAR, LLP
7           One World Trade Center
8           27th Floor
9           Long Beach, California 90831
10          562.983.2500
11 ON BEHALF OF DEFENDANT DEFENDING THE REPUBLIC:
12          DAVID C. TOBIN, ESQUIRE (via Zoom)
13          dctobin@tobinoconnor.com
14          TOBIN O'CONNOR CONCINO, P.C.
15          5335 Wisconsin Avenue NW
16          Suite 400
17          Washington, District of Columbia 20015
18          202.362.5900
19
20
21
22
23
24
25

```
 1                 A P P E A R A N C E S

 2

 3   ON BEHALF OF DEFENDANT MY PILLOW, INC., et al.:

 4         CHRISTOPHER J. KACHOUROFF, ESQUIRE (via Zoom)

 5         chris@mck-lawyers.com

 6         McSWEENEY, CYNKAR & KACHOUROFF, PLLC

 7         13649 Office Place

 8         Suite 101

 9         Woodbridge, Virginia 22191

10         703.621.3300

11   ON BEHALF OF THE DEPONENT:

12         CHARLES CAIN, ESQUIRE

13         ccain@cstrial.com

14         CAIN & SKARNULIS

15         303 Colorado Street

16         Suite 2850

17         Austin, Texas 78707

18         512.477.5000

19   ALSO PRESENT:

20         CAYLOB SUAREZ, Lexitas Technician (via Zoom)

21         DAVIS BAUMUNK, Videographer

22

23

24

25
```

Case 2:24-mc-51057-DML-DRG  ECF No. 14-15, PageID.1349  Filed 10/10/24  Page 10 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

8

1                    I N D E X
                ERIC COOMER, Ph.D.
2                 AUGUST 26, 2024

3   PROCEEDINGS                                    15

4   EXAMINATION OF ERIC COOMER, Ph.D.:

5          BY MR. BABCOCK                          18

6          BY MR. CASARINO                        292

7          BY MR. KACHOUROFF                      314

8          BY MR. TOBIN                           336

9          BY MR. SARGENT                         377

10         BY MR. BABCOCK                         397

11  DEPOSITION SUPPORT INDEX                       14

12  STENOGRAPHER'S CERTIFICATE                    404

13  DECLARATION OF DEPONENT                       405

14  ERRATA SHEET                                  406

Case 2:24-mc-51057-DML-DRG ECF No. 14-15, PageID.1350 Filed 10/10/24 Page 11 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

72

```
 1              They did not follow the process
 2   that is necessary, no matter what, when you
 3   have that case.
 4        Q.   Okay.  And the problem in
 5   Antrim County, as I understand it -- layman's
 6   understanding -- was that it was discovered
 7   fairly early on, like maybe even election
 8   day, that 6,000 votes had been switched from
 9   Trump to Biden.  Is that fair to say?
10        A.   I don't think that's quite fair
11   to say.
12              The votes themselves were not
13   switched.  So at the tabulator -- if you go
14   to the tabulator where the ballots were
15   counted and you look at the tape that comes
16   out -- it's got a little review tape -- those
17   totals were dead on.
18        Q.   Right.
19        A.   Okay.  When they were
20   accumulated into the results reporting
21   system, which, by law, on election night, is
22   unofficial results, yes, the missed
23   configuration between the two systems caused
24   a shift in the votes.
25        Q.   Right.  And it was about 6,000;
```

Case 2:24-mc-51057-DML-DRG  ECF No. 14-15, PageID.1351  Filed 10/10/24  Page 12 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

73

```
 1  right?
 2       A.    That sounds about right, but I
 3  can't recall exactly.
 4       Q.    Okay.  And it provoked this
 5  e-mail string here, culminating with your
 6  quoting Halderman's statement below calling
 7  this human error, which you don't agree with.
 8             And then you say -- and you
 9  could say it or I could say, but "Fuck
10  Halderman."
11       A.    Again, can I clarify?
12             I think you just said that I am
13  not saying it's human error.  I'm saying it
14  is human error.
15       Q.    Yeah.  Yeah.  Yeah.  That's
16  what I meant.
17       A.    Yeah.  He's saying that it's
18  not -- or he's trying to recharacterize it as
19  something.  How could it be human error if,
20  you know, the system didn't prevent them from
21  doing it?
22             And I have an anecdote here of
23  saying that if I hit a tree driving my car,
24  that's not human error.  My car should have
25  swerved.
```

Case 2:24-mc-51057-DML-DRG   ECF No. 14-15, PageID.1352   Filed 10/10/24   Page 13 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

74

1    Q.    Right.

2    A.    Paraphrased.

3    Q.    Right.  But in any event, you
4  were -- sounds like you were powerfully mad
5  at Halderman.

6    A.    Upset.

7    Q.    Okay.

8    A.    And, again, I have many
9  disagreements with Dr. Halderman.  They can
10 certainly get heated with emotion.

11            I've never been mad at the guy.
12 I've just -- find that his statements like
13 this, that it's not human error, are not --
14 they're not helpful, where a lot of his
15 analysis up to that point was very helpful.

16   Q.    Well, you started out by saying
17 "F" Halderman.  And then you end your e-mail
18 to Mr. Poulos, the head of your company, by
19 saying, you know, f-u-c-k that guy.  Right?

20   A.    Yeah.

21   Q.    And isn't it true that you also
22 were, at other points in time, very upset
23 with Professor Halderman?

24   A.    As I said, there have been
25 various other times where I have vehemently

Case 2:24-mc-51057-DML-DRG   ECF No. 14-15, PageID.1353   Filed 10/10/24   Page 14 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

75

```
 1   disagreed with some of Professor Halderman's
 2   conclusions about various technical issues.
 3        Q.    Didn't you call him a piece of
 4   shit?
 5        A.    Probably.
 6        Q.    In writing?
 7        A.    There's a high likelihood.
 8        Q.    Let me show you Exhibit 1999.
 9              (Exhibit DOM-OAN 1999, E-mail,
10        Bates DOM_DC04245097, was marked for
11        identification.)
12        Q.    We're going to party on this
13   one.
14              You said, "That piece of shit
15   Halderman just compared our de minimus change
16   to the effing 737 MAX MCAS."
17        A.    Yeah.
18        Q.    That's your e-mail; right?
19        A.    That's my e-mail.  And I stand
20   behind that statement.
21        Q.    Okay.
22        A.    Yeah.  A one-line code change
23   compared to, you know, a million-line package
24   including, you know, engines and hydraulics,
25   and saying that they're equivalent, which is
```

90

1  down here at the bottom regarding Antrim
2  County.
3      A.    Freedom to Tinker.
4      Q.    Yeah.  Good memory.
5            And what about Blaze.  Who is
6  Blaze?
7      A.    I can't remember, is it Matt
8  Blaze?  He, I believe, was part of the group
9  that ran the Voting Village at DEF CON, being
10 the yearly -- what they call a hacker's
11 convention.
12           And I believe it's Blaze,
13 Hursti, and then there was another guy who I
14 can't remember.  Those three sort of ran the
15 Village for investigating voting machines.
16     Q.    Okay.  So at least in the
17 2020-2021 time period, you thought that
18 Halderman was a piece of shit, pond scum, a
19 liar, and maybe some other things.  And you
20 were not happy with him.
21           Would that be fair to say?
22     A.    I would say that at specific
23 times under specific circumstances, I have
24 referred to him as such.
25     Q.    Okay.  That's fair enough.

Case 2:24-mc-51057-DML-DRG  ECF No. 14-15, PageID.1355  Filed 10/10/24  Page 16 of 16
US DOMINION vs
SIDNEY POWELL
Eric Coomer, Ph.D.
August 26, 2024

91

```
 1             MR. BABCOCK:  We're good to
 2      take a break in two seconds.  One more
 3      question.
 4  BY MR. BABCOCK:
 5      Q.    You've got some litigation
 6  going on, I know, and I don't want to talk
 7  about that.  But I do -- I've been told, and
 8  I think it's true, you've listed certain
 9  experts that are going to testify in your
10  behalf.  Right?
11      A.    Yes.
12      Q.    And Professor Halderman is one
13  of them; right?
14      A.    Yes, he is.
15      Q.    Okay.  Thank you.
16             MR. BABCOCK:  We'll take a
17      break.
18             THE VIDEOGRAPHER:  Going off
19      the record at 10:28.  This marks the
20      end of Media 1.
21             (Recess taken.)
22             THE VIDEOGRAPHER:  This marks
23      the start of Media 2 of the video
24      deposition of Eric Coomer.  We're back
25      on the record.  The time is 10:42.
```