# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| J. ALEX HALDERMAN, | |
| Plaintiff, | Case No. 2:24-mc-51057-DML-DRG |
| v. | District Judge: Hon. David M. Lawson |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING SR., and CHANEL RION, | Magistrate Judge: Hon. David R. Grand |
| Defendants. | |

**REDACTED VERSION OF EXHIBIT 1-N TO BE SEALED**

**TO**

**DEFENDANTS' RESPONSE IN OPPOSITION TO J. ALEX HALDERMAN'S MOTION TO QUASH OR MODIFY NON-PARTY SUBPOENA TO TESTIFY AT A DEPOSITION**