IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| J. ALEX HALDERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., and CHANEL RION,<br><br>    Defendants. | Case No. 2:24-mc-51057<br><br>Judge: David M. Lawson<br>Mag. Judge: David R. Grand |

## NOTICE OF FILING TRANSCRIPT
## OF STATE COURT HEARING

Notice is hereby given that an official transcript of the March 29, 2023 hearing on Respondent's Motion to Quash Out-of-State Subpoena, held in *Fox News Network, LLC v J. Alex Halderman*, Washtenaw County Circuit Court Case No. 18-000100-ZZ (**EX 1**), has been filed with this Court in the above-captioned matter.

During the hearing on November 13, 2024, the parties disagreed about what had occurred in the State Court case, when Juge Kuhnke ruled that the attorneys for

Fox News Network could not take the deposition of Dr. Halderman. Counsel for Dr. Halderman ordered a transcript of the hearing in that matter.

                                          Respectfully submitted,

                                          DEMOREST LAW FIRM, PLLC

                                          By: */s/ Mark S. Demorest*
                                          Mark S. Demorest (P35912)
                                          Attorneys for Plaintiff
                                          322 W. Lincoln Ave.
                                          Royal Oak MI 48067
                                          (248) 723-5500
                                          mark@demolaw.com

Dated: December 27, 2024

Primerus/Alex Halderman (1593)/1 Draft Pleadings/2024 12 27 Notice of Filing Transcript.docx

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record, and further that that I have on this date caused to be served a copy of the foregoing document by email (unless otherwise specified) to the following:

**See Appendix**

DEMOREST LAW FIRM, PLLC

By: /s/ Mark S. Demorest
Mark S. Demorest (P35912)
Attorneys for Plaintiff
322 W. Lincoln Ave.
Royal Oak MI 48067
(248) 723-5500
mark@demolaw.com

Dated: December 27, 2024

## Appendix to Certificate of Service

Carl C. Butzer
Jonathan D. Neerman
Minoo Sobhani Blaesche
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
cbutzer@jw.com
jneerman@jw.com
mblaesche@jw.com

Joshua A. Romero
Sean F Gallagher
JACKSON WALKER LLP
100 Congress Avenue, Ste 1100
Austin, TX 78701
jromero@jw.com
sgallagher@jw.com

Eve Levin
Stephen Shackelford , Jr.
Christina Dieckmann
Mark Hatch-Miller
Zachary Savage
SUSMAN GODFREY L.L.P.
One Manhattan West
395 9th Avenue, Ste 50th Floor
New York, NY 10001
elevin@susmangodfrey.com
sshackelford@susmangodfrey.com
cdieckmann@susmangodfrey.com
mhatch-miller@susmangodfrey.com
ZSavage@susmangodfrey.com

Jonathan J. Ross
Elizabeth B. Hadaway
Laranda Walker
Mary Kathryn Sammons

Charles L. Babcock
Bethany Pickett Shah
Christina Marie Vitale
Gabriela Barake
Joel Glover
John K. Edwards
Nancy W. Hamilton
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010
cbabcock@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com
jglover@jw.com
jedwards@jw.com
nhamilton@jw.com

R. Trent McCotter
BOYDEN GRAY PLLC
801 17th Street, N.W., Suite 350
Washington, DC 20006
tmccotter@boydengray.com

M. Theodore Takougang
Marcellus Antonio McRae
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
ttakougang@gibsondunn.com
mmcrae@gibsondunn.com

Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
ajohnson@gibsondunn.com

**Florence Chen**
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
jross@susmangodfrey.com
ehadaway@susmangodfrey.com
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
fchen@susmangodfrey.com

**Davida Brook**
**Brittany Fowler**
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
dbrook@susmangodfrey.com
bfowler@omm.com

**Edgar Sargent**
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
esargent@susmangodfrey.com

**Barry Coburn**
COBURN & GREENBAUM, PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
barry@coburngreenbaum.com

**David C. Tobin**
TOBIN, O'CONNOR & EWING
5335 Wisconsin Avenue, N.W.
Suite 400
Washington, DC 20015
dctobin@tobinoconnor.com

**William C. Haggerty**
**Katherine Harwood**
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, CA 90831
bill@fwhb.com
kharwood@fwhb.com

**Joshua A. Mooney**
KENNEDYS CMK LLP
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Joshua.Mooney@kennedyslaw.com

**Marc Casarino**
KENNEDYS CMK LLP
919 North Market Street, Ste 1550
Wilmington, DE 19801
marc.casarino@kennedyslaw.com

**Michael J. Tricarico**
KENNEDYS CMK LLP
570 Lexington Avenue, Suite 8th Floor
New York, NY 10022
Michael.Tricarico@Kennedyslaw.com

**Teresa Marie Cinnamond**
KENNEDYS CMK LLP
120 Mountain View Blvd.
P.O. Box 650
Basking Ridge, NJ 07920
teresa.cinnamond@kennedyscmk.com

| | |
|---|---|
| **Douglas A. Daniels**<br>**Heath Novosad**<br>DANIELS & TREDENNICK PLLC<br>6363 Woodway Drive, Suite 700<br>Houston, TX 77057<br>doug.daniels@dtlawyers.com<br>heath.novosad@dtlawyers.com | **Lawrence J. Joseph**<br>LAW OFFICE OF LAWRENCE J. JOSEPH<br>1250 Connecticut Avenue, NW<br>Suite 700-1A<br>Washington, DC 20036<br>ljoseph@larryjoseph.com |
| **Patrick Byrne**<br>9810 East Martha Rd.<br>Alta, UT 84092<br>*(by U.S. first-class mail)* | **Joel Erik Connolly**<br>**Nicole Wrigley**<br>**Emily Newhouse Dillingham**<br>**Martin Vincent Sinclair , Jr.**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>econnolly@beneschlaw.com<br>nwrigley@beneschlaw.com<br>edillingham@beneschlaw.com<br>mvs@sperling-law.com |