IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| J. ALEX HALDERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>CHARLES HERRING;<br><br>ROBERT HERRING SR.; and<br><br>CHANEL RION,<br><br>　　　　Defendants. | Case No. 2:24-mc-51057-DML-DRG<br><br>District Judge: Hon. David M. Lawson<br><br>Magistrate Judge: Hon. David R. Grand<br><br>NOTICE OF APPEAL |

　　All defendants appeal to the United States Court of Appeals for the Sixth Circuit from the order entered on January 24, 2025. ECF No. 28, PageID.1875.

Dated: January 31, 2025

Respectfully submitted,

/s/ *Jennifer A. Dukarski*
BUTZEL LONG, P.C.
Jennifer A. Dukarski
301 E. Liberty Street Suite 500
Ann Arbor, MI 48104
734-213-3427
dukarski@butzel.com

*Counsel for Defendants*

<u>JACKSON WALKER L.L.P.</u>
Charles L. Babcock
   Texas Bar No. 01479500
John K. Edwards
   Texas Bar No. 24002040
1401 McKinney Suite 1900
Houston, TX 77010
713-752-4200
jedwards@jw.com
*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case.



*/s/ Janice Moore*
JANICE MOORE