UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

J. ALEX HALDERMAN,

        Plaintiff,

v.

HERRING NETWORKS, INC., *et al.*,

        Defendants.

No. 2:24-mc-51057

Hon. David M. Lawson
Mag. David R. Grand

---

**INDEX OF EXHIBITS TO
RULE 62.1 MOTION FOR INDICATIVE RULING
BY DEFENDANTS**

| No. | Description |
|-----|-------------|
| 1. | Draft Report by J. Alex Halderman (Mar. 23, 2021) |
| 2. | Outlook Calendar Invite (Mar. 23, 2021); Outlook Calendar Invite (Mar. 26, 2021) |
| 3. | Redline Comparison of Draft and Final Reports by J. Alex Halderman |
| 4. | Press Release, Michigan Department of State (Mar. 26, 2021) |
| 5. | Transcription of Excerpted Video of J. Alex Halderman Addressing the League of Women Voters "Brews & Views" Audience (Apr. 12, 2021) |
| 6. | Press Release, Michigan Department of State (Nov. 6, 2020). |
| 7. | Timeline of Events |
| 8. | Deposition of Nick Ikonomakis (Oct. 4, 2024) (Excerpts) |