| | |
|---|---|
| From: | Albro, Lisa (AG) [AlbroL@michigan.gov] |
| Sent: | 3/23/2021 6:49:07 PM |
| To: | Albro, Lisa (AG) [AlbroL@michigan.gov]; Grill, Erik (AG) [GrillE@michigan.gov]; Brater, Jonathan (MDOS) [BraterJ@michigan.gov]; Fracassi, Adam (MDOS) [FracassiA@michigan.gov]; Malerman, Melissa (MDOS) [malermanm@michigan.gov]; Bourbonais, Lori (MDOS) [bourbonaisl@michigan.gov]; Meingast, Heather (AG) [MeingastH@michigan.gov]; J. Alex Halderman [jhalderm@eecs.umich.edu] |
| CC: | halderman@gmail.com |
| | |
| Subject: | Bailey v Antrim, et al |
| Location: | Microsoft Teams Meeting |
| | |
| Start: | 3/24/2021 2:00:00 PM |
| End: | 3/24/2021 3:00:00 PM |
| Show Time As: | Tentative |

| | |
|---|---|
| Required Attendees: | Albro, Lisa (AG); Grill, Erik (AG); Brater, Jonathan (MDOS); Fracassi, Adam (MDOS); Malerman, Melissa (MDOS); Bourbonais, Lori (MDOS); Meingast, Heather (AG); J. Alex Halderman |
| Optional Attendees: | halderman@gmail.com |

If you don't have Teams, please click the link below and follow the instructions to join via your web browser.  Thank you.

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
PII United States, Pontiac
Phone Conference ID: PII
Find a local number | Reset PIN

Learn More | Meeting options

---

| | |
|---|---|
| From: | Brater, Jonathan (MDOS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4B30FE34C046429EAABB2EB3B2783811-BRATER JONA] |
| Sent: | 3/26/2021 3:36:25 PM |
| To: | Brater, Jonathan (MDOS) [BraterJ@michigan.gov]; Grill, Erik (AG) [GrillE@michigan.gov]; Bourbonais, Lori (MDOS) [bourbonaisl@michigan.gov]; Pierce, Carol (MDOS) [piercec1@michigan.gov] |
| CC: | Tarrant, David (MDOS) [tarrantd2@michigan.gov]; Meingast, Heather (AG) [MeingastH@michigan.gov]; Fracassi, Adam (MDOS) [FracassiA@michigan.gov]; Malerman, Melissa (MDOS) [malermanm@michigan.gov]; J. Alex Halderman [halderman@gmail.com]; Brady, Mike (MDOS) [BradyM@michigan.gov] |
| Subject: | report |
| Location: | Microsoft Teams Meeting |
| Start: | 3/26/2021 3:30:00 PM |
| End: | 3/26/2021 4:00:00 PM |
| Show Time As: | Busy |
| Required Attendees: | Brater, Jonathan (MDOS); Grill, Erik (AG); Bourbonais, Lori (MDOS); Pierce, Carol (MDOS) |
| Optional Attendees: | Tarrant, David (MDOS); Meingast, Heather (AG); Fracassi, Adam (MDOS); Malerman, Melissa (MDOS); J. Alex Halderman; Brady, Mike (MDOS) |

# Microsoft Teams meeting

### Join on your computer or mobile app
Click here to join the meeting

### Or call in (audio only)
[PII] United States, Pontiac
Phone Conference ID: [PII]
Find a local number | Reset PIN

Learn More | Meeting options