

# SOS

# Expert report affirms accuracy of Antrim County presidential election results

A report by an elections technology security expert who performed an analysis of the voting equipment used in Antrim County again affirmed the county's official presidential election results were accurate and that unofficial results were initially reported incorrectly due to human error.

The analysis by J. Alex Halderman, a professor of computer science and engineering at the University of Michigan, conducted as part of an ongoing lawsuit, confirmed statements from the county and state that errors in reporting election results were the result of human error and were not caused by a security breach, and that there is no credible evidence errors were caused deliberately. This again disproved false claims about Dominion Voting Systems equipment, which were debunked previously when a hand-tally audit of the county's presidential election, carried out by both Republican and Democratic election officials, confirmed that the Dominion machines tabulated the presidential election accurately.

The report provided greater details about the user errors that occurred in setting up the equipment and reporting election results, and determined that the tabulators counted the ballots in the presidential contest properly, but because of human error the un

official results were reported incorrectly. The report also determined that human error resulted in incorrect tabulation of some down-ballot races, and concluded software improvements should be made to help users more easily identify when such human error occurs.

The report affirmed there was no credible evidence the Dominion system was deliberately designed to induce errors, and found the Allied Security Operations Group report contained an extraordinary number of false, inaccurate or unsubstantiated statements. The report identified areas for improvement including voting system design,

training and security, but concluded the errors in Antrim County were not the result of a security breach.

**A copy of the report can be found here**.

# # #

# Related News

## Statement from Secretary Benson in support of federal lawsuit to protect American workers' private data

Secretary of State Jocelyn Benson today made the following statement in support of a lawsuit filed by the AFL-CIO and allied labor groups to protect Americans' private data:

## Secretary Benson welcomes back two license plates from Michigan's past

Secretary of State Jocelyn Benson announced today the return of the white-on-blue and white-on-black license plates—two popular classic designs.

## Statement of Secretary Benson opposing House joint resolution to block U.S. citizens from voting

Secretary of State Jocelyn Benson today made the following statement opposing House Joint Resolution B of 2025 that would block eligible U.S. citizens from voting in Michigan elections:

## Secretary of State office in Canton to close Feb. 3-14 for remodeling project

The Secretary of State office at 8565 N. Lilley Rd. in Canton will be closed for two weeks during a remodeling project, but most residents can go online to Michigan.gov/SOS instead for their transactions.

## Statement from Secretary of State Jocelyn Benson on the passing of former president Jimmy Carter

President Carter leaves behind a legacy of leadership, integrity, and service, and his passing is a great loss for all of us.

## Secretary of State office in Fremont to close Jan. 6-17 for remodeling project

The Secretary of State office at 7159 W. 48th St. in Fremont will be closed for two weeks during a remodeling project, but most residents can go online to Michigan.gov/SOS instead for their transactions.

## Secretary Benson statement on Michigan House adjournment

## Secretary Benson and Gov. Whitmer sign official certificates for the 2024 General Election

Michigan's electors for Donald Trump and J.D. Vance will meet in the State Capitol Building tomorrow, Dec. 17, to officially cast Michigan's 15 electoral votes for the winning candidates of the 2024 Presidential Election.

## Board of State Canvassers to meet Dec. 16

Dec. 11 and Dec. 20 meetings of Board of State Canvassers are canceled

## Livonia vehicle dealership agrees to fines and penalties, resumed operations Dec. 6

The Michigan Department of State (MDOS) has entered an agreement with LaFontaine Motors of Livonia Inc., in which the vehicle dealership admits to all violations found by MDOS and agrees to accept financial and other penalties.



**Expert report affirms accuracy of Antrim County presidential election results**

Copyright State of Michigan