DR. J. ALEX HALDERMAN
BREWS AND VIEWS (APRIL 2021)

1    DR. HALDERMAN: Now, the way the Dominion system works when
2 you update the election definition, it's supposed to update it
3 everywhere on all of your machines and on your Election
4 Management System. And that's in part because the way they code
5 marks on voter's ballots is by assigning every potential place
6 you could make a mark on every different style of ballot a
7 sequential number. When they went in and corrected one of these
8 races, it added a new choice in one of the contests that pushed
9 down by one spot all of the later sequence numbers of the
10 different -- different voting targets -- different places you
11 could make a mark. So, when cards from the machines that weren't
12 updated, that used those old sequence numbers, were loaded into
13 the central system for reporting, the votes got assigned to the
14 wrong candidate from most of the precincts where things hadn't
15 been updated. So basically, Trump got -- Biden got Trump's
16 votes, Trump got the Libertarian candidate's votes, and so on
17 down the list, and similar patterns in all of the other races.
18    In a way this is a quirk of the Dominion system. It's maybe
19 an unusual feature of their particular way of encoding races.
20 //
21 //
22 //
23 //
24 //
25 //