# Timeline of Events

**Nov. 6, 2020 (Doc. 21-9)**
"a software defect," "design flaw," and "serious bug"

**Nov. 6, 2020**
States to Detroit Free Press: "sounds like a technical design flaw"

**Nov. 7, 2020 (Doc. 21-6)**
Halderman tweets the MI-SOS press release and states "has nothing to do with Dominion software"

**March 23, 2021**
Halderman's draft report: "design of Dominion's software was a contributing factor"

**Mar. 26, 2021**
Conference call with Halderman, MI SOS, MI AG re: "report"

**Nov. 2020** — **Dec. 2020** — **Mar. 2021**

**Nov. 6-7, 2020**
MI SOS issues press releases: "accidental" "user error," "software did not malfunction"

**Dec 2020 (Doc. 21-17)**
Halderman retained by MI-SOS for Bailey and "other related matters as assigned"

**Mar. 26, 2021**
Halderman final report deletes "Dominion's software was a contributing factor" and MI SOS makes report public

1

Jackson Walker LLP