# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 14, 2025

Mr. Mark S. Demorest
Demorest Law Firm
322 W. Lincoln Avenue
Royal Oak, MI 48067

Ms. Jennifer Ann Dukarski
Butzel Long
101 N. Main
Suite 200
Ann Arbor, MI 48104

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 25-1110, *J. Halderman v. Herring Networks, Inc., et al*
Originating Case No. : 2:24-mc-51057

Dear Counsel,

Please find enclosed the amended caption for this appeal.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

| 25-1110 |
|---|
| J. ALEX HALDERMAN<br><br>       Plaintiff - Appellee<br><br>v.<br><br>HERRING NETWORKS, INC., dba One America News Network; CHARLES HERRING; ROBERT HERRING, SR.; CHANEL RION<br><br>       Defendants - Appellants |