```
 1                RECORDING
 2       MR. TABER:  How do you know that you
 3  actually, you know, arrived at a root cause of the
 4  issue?  Like, you go through that process maybe once,
 5  twice, three, four times.  How do you know at what
 6  point, okay, this is my root cause and I'll stop and
 7  this is what it is?  How -- at what point do you know?
 8       MR. OAKES:  Yeah, I have multiple answers to
 9  that.  Number one is what's the lowest level at which
10  you have control?  The real root cause may be outside
11  our control.  As a matter of fact, I sometimes joked
12  that I had a Ford Explorer one time that wouldn't
13  start, and I blamed it on Henry Ford's mother because
14  if she hadn't had Henry Ford, there wouldn't have been
15  a Ford Motor Company and there wouldn't have been a
16  Ford Explorer.
17       A little bizarre, but you understand what
18  I'm saying, is you could always ask why again, but
19  where does my control stop?  Well, my control stops
20  with that particular vehicle, and what can I do to
21  prevent that particular issue from occurring again on
22  that specific vehicle?  So the same way an
23  organization, it may be an issue that's caused by a
24  vendor, but I can't control that vendor.  I might be
25  able to influence it, but I can't control it.
                                              Page 2
```

```
 1       The real answer for how you know it's a root
 2  cause, excuse me, is, is the organization going to be
 3  doing something differently in the future?  That is,
 4  is the action that we're going to take as a result of
 5  this investigation, something that means we will be
 6  doing something that we have not done previously?
 7       Is it going to be either a new process or a
 8  change to a process rather than just fixing the
 9  problem?  So that's really the better answer, but
10  sometimes, we don't have that option.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 3
```

```
 1          CERTIFICATE OF TRANSCRIPTIONIST
 2
 3       I, Micah Hodgens, Legal Transcriptionist, do
 4  hereby certify:
 5       That the foregoing is a complete and true
 6  transcription of the original digital audio recording
 7  of the testimony and proceedings captured in the
 8  above-entitled matter.  As the transcriptionist, I
 9  have reviewed and transcribed the entirety of the
10  original digital audio recording of the proceeding to
11  ensure a verbatim record to the best of my ability.
12       I further certify that I am neither attorney
13  for nor a relative or employee of any of the parties
14  to the action; further, that I am not a relative or
15  employee of any attorney employed by the parties
16  hereto, nor financially or otherwise interested in the
17  outcome of this matter.
18       IN WITNESS THEREOF, I have hereunto set my
19  hand this 4th day of March 2025.
20
21
22       Micah Hodgens
23          Micah Hodgens
24
25
                                              Page 4
```

2 (Pages 2 - 4)