UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J. ALEX HALDERMAN,

          Plaintiff,

v.

          Case Number 24-51057
          Honorable David M. Lawson

HERRING NETWORKS, INC., CHARLES
HERRING, ROBERT HERRING, SR., and
CHANEL RION,

          Defendants.

_____/

**ORDER DENYING DEFENDANTS' MOTION FOR
LEAVE TO FILE EXHIBIT VIA THE MEDIA FILE UPLOAD FACILITY**

This matter is before the Court on the defendants' motion for leave to file via the CM/ECF Media File Upload Facility a media file to accompany their reply brief to their motion for an indicative ruling. The motion states that the file is a portion of a podcast episode that supports certain arguments in their brief. The defendants also represent that they attached a transcript of the recording to their brief. Under the circumstances, the Court will deny the motion because the proposed media upload would be redundant. The defendants do not represent that there is anything unique about the audio file, and the Court trusts that the transcription provided by the defendants is an accurate portrayal of the podcast episode.

Accordingly, it is **ORDERED** that the defendants' motion for leave to file exhibits through the Media File Upload Facility (ECF No. 39) is **DENIED**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated:  March 19, 2025